```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

**RANDY YOUNG,**

       **Plaintiff,**

   **vs.**                                                **Civil Action 2:13-cv-219**

                                                             **Magistrate Judge King**

**T&C INVESTMENTS, LTD.,**

       **Defendant.**

## ORDER

    This case has been reported settled.

    **A status conference will be held on June 28, 2013 at 10:00 a.m., unless the dismissal entry is received prior to that time.**

    If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case dismissed with prejudice.


 May 24, 2013                                             *s/Norah McCann King*
                                                                 Norah M<sup>c</sup>Cann King
                                                       United States Magistrate Judge